

# Fourth Court of Appeals
## San Antonio, Texas

October 4, 2019

No. 04-19-00044-CV

**TITLE SOURCE, INC.,**
Appellant

v.

**HOUSECANARY, INC.,** formerly known as Canary Analytics, Inc.,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI06300
Honorable David A. Canales, Judge Presiding

## O R D E R

Appellee's motions for *pro hac vice* admission of Kalpana Srinivasan and Alisha B. Barron are GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of October, 2019.

_Luz Estrada_
LUZ ESTRADA,
Chief Deputy Clerk